**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

MICHAEL J. TOIGO,                )
                                 )
        Plaintiff,            )     Case No.: 2:13-cv-00792-GMN-GWF
   vs.                           )
                                 )     **ORDER**
WELLS FARGO BANK, N.A and QUALITY)
LOAN SERVICE CORPORATION,        )
                                 )
        Defendants.           )
_____)

On June 17, 2013, the Court dismissed Plaintiff's claims and gave leave to amend by June 28, 2013, warning that failure to do so may result in dismissal with prejudice. (Order, ECF No. 23.) That deadline has now elapsed, and Plaintiff has not filed an amended pleading.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's claims are **DISMISSED with prejudice**. The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of November, 2013.

_____
Gloria M. Navarro
United States District Judge